# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHRISTOPHER STEVENS,

    Petitioner,

v.                                  CASE NO. 4:11-cv-00065-MP-CAS

SECRETARY, FLORIDA
DEPT. OF CORRECTIONS,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 31, 2013. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The petitioner has not objected to the Report Recommendation, and the time for doing so has passed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The amended petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 6) is DENIED.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *10th* day of December, 2013

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge